# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | CR 95-00345 RSWL-20 |
| Plaintiff, | **ORDER Re: Defendant's Motion for Reduction of Sentence and for the Appointment of Counsel [10392]** |
| v. | |
| Joe Hernandez, | |
| Defendant. | |

The Court is in receipt of Defendant Joe Hernandez's Motion for Reduction of Sentence and for the Appointment of Counsel filed on August 15, 2011 [10392]. Plaintiff United States of America has not filed an Opposition to this Motion. Accordingly, the Court orders Plaintiff United States of America to

\\\
\\\
\\\
\\\

1

submit a response to Defendant Joe Hernandez's Motion within 21 days of issuance of this Order.

**IT IS SO ORDERED.**

DATED: December 22, 2011

                            RONALD S.W. LEW
_____
                          **HONORABLE RONALD S.W. LEW**
                          Senior, U.S. District Court Judge